UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LISA A. CHARETTE                         :

VS.                                      :         NO.  3:01CV1927(WWE)

DEPT. OF SOCIAL SERVICES, ET AL. :         MAY 16, 2004

## MOTION TO REINSTATE FMLA COUNT

The plaintiff respectfully moves to reinstate her original allegations concerning violation by the defendants of the Family Medical Leave Act, previously dismissed, because the defendants' claim of sovereign and/or Eleventh Amendment immunity plainly are misplaced in the light of the Supreme Court's ruling in <u>Nevada Department of Human Resources v. Hibbs</u>, 538 U.S. 721 (2003).

THE PLAINTIFF

BY_____
       JOHN R. WILLIAMS (ct00215)
       51 Elm Street
       New Haven, CT 06510
       (203) 562-9931
       FAX:  (203) 776-9494
       E-Mail: jrw@johnrwilliams.com
       Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Edward F. Osswalt, Esq., Assistant Attorney General, P. O. Box 120, Hartford, CT 06141-0120.

_____
JOHN R. WILLIAMS