FILED

2004 MAY 17 P 1:58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA CHARETTE<br>*Plaintiff* | : CIVIL NO. 3:01CV1927(WWE)<br>:<br>: |
| v. | : |
| STATE OF CONNECTICUT<br>DEPARTMENT OF SOCIAL SERVICES,<br>ET AL.<br>*Defendants* | :<br>:<br>:<br>: May 14, 2004 |

**DEFENDANT'S MOTION FOR TEMPORARY STAY
OF PROCEEDINGS AND MOTION FOR TELEPHONE
CONFERENCE TO DISCUSS SCHEDULING ORDER IN
VIEW OF PLAINTIFF'S APPARENT TEMPORARY INCAPACITY**

The defendant, State of Connecticut, Department of Social Services, respectfully moves for a Temporary Stay of Proceedings until June 10, 2004 in the captioned matter due to its inability to depose the plaintiff due to her apparent incapacity. The defendant further requests that the Court convene a telephone conference before June 10, 2004 to discuss scheduling issues in light of plaintiff's apparent inability to be deposed. The defendant further represents:

1.  The current scheduling order in this matter provides for the close of discovery on May 1, 2004 and for dispositve motions to be filed on or before June 1, 2004.

2.  On or about January 22, 2004, the defendant duly noticed the plaintiff's deposition to be convened on March 9, 2004.

3.  On or about March 5, 2004, the undersigned was informed by plaintiff's counsel that plaintiff could not attend the March 9, 2004 deposition due to physical problems and was provided a copy of a physician's letter.

4.	Upon follow-up inquiry, the undersigned has been informed that plaintiff's incapacity still persists and that her physician has stated she is at least temporarily medically unable to attend a deposition. See Exhibit "A".

5.	This matter has been pending for some time. The defendant requires that a deposition be taken of the plaintiff but has heretofore been unable to do so based on representations as to plaintiff's medical condition. The defendant is desirous of deposing plaintiff as soon as possible.

6.	The defendant also requests that the Scheduling Order be reopened and modified to reflect the circumstances of this case.

WHEREFORE, the defendant requests a temporary stay of proceeding until June 10, 2004 and respectfully requests the Court to convene a telephone conference during that time to discuss plaintiff's physical condition and modification of the current scheduling order to reflect these unusual circumstances.

> DEFENDANTS,
> STATE OF CONNECTICUT,
> DEPARTMENT OF
> SOCIAL SERVICES,
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
> BY: _____
> Edward F. Osswalt
> Assistant Attorney General
> Federal Bar No. Ct15252
> 55 Elm Street - P.O. Box 120
> Hartford, CT  06141-0120
> Tel: (860) 808-5340
> Fax: (860) 808-5383
> Email:Edward.osswalt@po.state.ct.us

## CERTIFICATION

I hereby certify that pursuant to § 5(b) of the Federal Rules of Civil Procedure, a copy of the fully executed foregoing Defendant's Motion For Temporary Stay of Proceedings and Motion For Telephone Conference to Discuss Scheduling Order in View of Plaintiff's Apparent Temporary Incapacity was mailed, first class postage prepaid, this 14th day of May, 2004 to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, #409
New Haven, CT  06511

_____
Edward F. Osswalt
Assistant Attorney General

MAY-13-2004 THU 04:48 PM williams/pattis        FAX NO. 203 776 9494       P. 02/02
05/13/2004 15:13 FAX 860 679 17    UCHC IMA DEPARTMENT
Case 3:01-cv-01927-WWE    Document 44    Filed 05/17/2004    Page 4 of 4



# University of Connecticut Health Center
## UConn Medical Group
### Internal Medicine Associates

John R. Williams, Esq.
51 Orange Street
Suite 409
New Haven, CT 06510

Via facsimile: (203) 776-9494

RE: Lisa A. Charette

May 13, 2004

Dear Attorney Williams:

As you know, Ms. Charette suffers from several serious medical problems. Unfortunately, she continues to have serious difficulties involving her urinary tract and bladder. Ms. Charette continues to see a specialist for further evaluation and treatment of this condition.

For these reasons, she is medically unable to attend the deposition. Because of her medical conditions, I would request that the deposition be postponed until this issue is resolved. If you have any questions please feel free to contact me.

Sincerely,

Thomas M. Manger, M.D., Ph.D.
Associate Professor of Medicine

*An Equal Opportunity Employer*

263 Farmington Avenue
Farmington, Connecticut 06030-6220
Telephone: (860) 679-4577
Facsimile: (860) 679-4474

EXHIBIT A