UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY 17 P 1:58

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| LISA CHARETTE<br>*Plaintiff* | : CIVIL NO. 3:01CV1927(WWE)<br>:<br>: |
| v. | : JUDGE WARREN E. EGINTON |
| STATE OF CONNECTICUT<br>DEPARTMENT OF SOCIAL SERVICES,<br>ET AL.<br>*Defendants* | :<br>:<br>:<br>: May 14, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that the Defendants, State of Connecticut Department of Social Services, have manually filed the following document or thing

Exhibit in Support of Defendant's Motion for Temporary Stay of Proceedings and Motion for Telephone Conference to Discuss Scheduling Order in View of Plaintiff's Apparent Temporary Incapacity.

This exhibit has not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[ ]   the electronic file size of the document exceeds 1.5 megabytes
[ ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

DEFENDANTS,
STATE OF CONNECTICUT,
DEPARTMENT OF
SOCIAL SERVICES,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Edward F. Osswalt
Assistant Attorney General
Federal Bar No. Ct15252
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383

**CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Manual Filing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 14th day of May, 2004, first class postage prepaid to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, #409
New Haven, CT 06511

_____
Edward F. Osswalt
Assistant Attorney General

2