FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2004 MAY 17 P 1: 58

01CV1927MOTS

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF SOCIAL SERVICES, | : | |
| ET AL. | : | |
| *Defendants* | : | May 14, 2004 |

**DEFENDANT'S MOTION FOR TEMPORARY STAY**
**OF PROCEEDINGS AND MOTION FOR TELEPHONE**
**CONFERENCE TO DISCUSS SCHEDULING ORDER IN**
**VIEW OF PLAINTIFF'S APPARENT TEMPORARY INCAPACITY**

The defendant, State of Connecticut, Department of Social Services, respectfully moves for a Temporary Stay of Proceedings until June 10, 2004 in the captioned matter due to its inability to depose the plaintiff due to her apparent incapacity. The defendant further requests that the Court convene a telephone conference before June 10, 2004 to discuss scheduling issues in light of plaintiff's apparent inability to be deposed. The defendant further represents:

1.      The current scheduling order in this matter provides for the close of discovery on May 1, 2004 and for dispositve motions to be filed on or before June 1, 2004.

2.      On or about January 22, 2004, the defendant duly noticed the plaintiff's deposition to be convened on March 9, 2004.

3.      On or about March 5, 2004, the undersigned was informed by plaintiff's counsel that plaintiff could not attend the March 9, 2004 deposition due to physical problems and was provided a copy of a physician's letter.

FILED

2004 MAY 20 A 11: 07

U.S. DISTRICT COURT
BRIDGEPORT, CONN

*Telephone conference scheduled for May 27, 2004.*

*Case is Stayed through June 10, 2004.*

*Motion GRANTED*

7/29/04

WARREN W. EGINTON
Senior United States District Judge