FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2004 MAY 20 P 12: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

LISA CHARETTE                     :    CIVIL NO. 3:01CV1927(WWE)
    *Plaintiff*                      :
                       :
    v.                               :
                       :
STATE OF CONNECTICUT              :
DEPARTMENT OF SOCIAL SERVICES,    :
ET AL.                            :
    *Defendants*                     :    May 19, 2004

## DEFENDANT'S OBJECTION TO PLAINTIFF'S
## MOTION TO REINSTATE FMLA CLAIM

The plaintiff has moved to "reinstate her original allegations concerning violation by the

defendants of the Family Medical Leave Act, previously dismissed, because the defendants'

claim of sovereign and/or Eleventh Amendment immunity plainly are misplaced in light of the

Supreme Court's ruling in Nevada Department of Human Resources v. Hibbs, 538 U.S. 721

(2003)." Pltf.'s Motion to Rein. FMLA Count, May 16, 2004. However, it is plaintiff's

assertion the Hibbs has changed the Eleventh Amendment landscape with respect to plaintiff's

former FMLA claim which is misplaced as demonstrated in the accompanying Memorandum of

Law. The defendants respectfully object to any such "reinstatement".

DEFENDANTS,
STATE OF CONNECTICUT,
DEPARTMENT OF
SOCIAL SERVICES,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____

Edward F. Osswalt
Assistant Attorney General
Federal Bar No. Ct15252
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email:Edward.osswalt@po.state.ct.us

## CERTIFICATION

I hereby certify that pursuant to § 5(b) of the Federal Rules of Civil Procedure, a copy of

the fully executed foregoing Defendant's Objection to Plaintiff's Motion to Reinstate FMLA

Count was mailed, first class postage prepaid, this 19th day of May, 2004 to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street, #409
New Haven, CT 06511

_____

Edward F. Osswalt
Assistant Attorney General

2