#43

FILED

2004 MAY 18 P 1:32

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA A. CHARETTE | : |
| VS. | : NO. 3:01CV1927(WWE) |
| DEPT. OF SOCIAL SERVICES, ET AL. | : MAY 16, 2004 |

### MOTION TO REINSTATE FMLA COUNT

The plaintiff respectfully moves to reinstate her original allegations concerning violation by the defendants of the Family Medical Leave Act, previously dismissed, because the defendants' claim of sovereign and/or Eleventh Amendment immunity plainly are misplaced in the light of the Supreme Court's ruling in Nevada Department of Human Resources v. Hibbs, 538 U.S. 721 (2003).

THE PLAINTIFF

BY /s/
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
Her Attorney

FILED
2004 JUL 26 P 2:11
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

[Margin annotation, left side:] WARREN W. EGINTON, Senior United States District Judge — Motion to reinstate FMLA claim, conditionally withdrawn on June 10, 2002, without prejudice, is hereby GRANTED. 7/26/04.