UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF SOCIAL SERVICES, | : | |
| ET AL. | : | |
| *Defendants* | : | JUNE 30, 2005 |

**APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendants in the above-referenced matter.

Dated at Hartford, Connecticut this 29th day of June, 2005.

          DEFENDANTS
          State of Connecticut,
          Department of Social Services, et al.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

     By: _____
          Tammy D. Geathers
          Assistant Attorney General
          55 Elm Street
          P.O. Box 120
          Hartford, CT  06141-0120
          Tel:  (860) 808-5340
          Fax: (860) 808-5383
          Federal Bar No. Ct22426
          Email: tammy.geathers@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 30th of June, 2005, to the following:

John R. Williams, Esq.
Williams and Associates, LLC
51 Elm Street, #409
New Haven, CT  06511

                                                                     _____
                                                                     Tammy D. Geathers
                                                                     Assistant Attorney General