UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF SOCIAL SERVICES, | : | |
| ET AL. | : | |
| *Defendants* | : | JUNE 30, 2005 |

### MOTION TO WITHDRAW APPEARANCE

Assistant Attorney General Edward F. Osswalt respectfully requests leave of the Court to withdraw his appearance on behalf of the above defendant in the above-captioned matter. In support of this motion, counsel represents as follows: Assistant Attorney General Tammy D. Geathers has filed an appearance on behalf of the defendant. Assistant Attorney General Osswalt will be retiring from the Office of the Attorney General as of July 1, 2005, and is transferring all of his cases to other attorneys in the employment rights department.

WHEREFORE, the undersigned respectfully requests that he be permitted to withdraw his appearance in this matter.

STATE OF CONNECTICUT,
DEPARTMENT OF PUBLIC HEALTH

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Edward F. Osswalt
Assistant Attorney General
Federal Bar No. ct 15252
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax (860) 808-5383
e-mail:  Edward.Osswalt@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion To Withdraw Appearance was mailed in accordance with Rule 5( b) of the Federal Rules of Civil Procedure on this 30th day of June, 2005 to:

John R. Williams, Esq.
Williams and Associates, LLC
51 Elm Street, #409
New Haven, CT  06511

_____
Edward F. Osswalt
Assistant Attorney General

2