UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF SOCIAL SERVICES, ET AL. | : | |
| *Defendants* | : | AUGUST 5, 2005 |

## MOTION TO COMPEL AND/OR SANCTIONS

Pursuant to the provisions of Rule 37(a) of the Federal Rules of Civil Procedure and Local Rule 37(a)(2), the defendants in the captioned action hereby respectfully move to compel the defendant to make herself available for deposition and respond to questions concerning her claims in the captioned matter. The defendants further request that the Court order plaintiff's appearance at some mutually convenient location, such as counsel's office, the court house or even plaintiff's home, for a videotaped deposition. The defendants have made good faith efforts to accommodate plaintiff's claimed illness which she asserts prevents her from being deposed in this matter, including agreeing to a lengthy stay. The defendants will be unable to prepare their defense to plaintiff's claims if plaintiff refuses to submit to a deposition. However, further delay will result in severe prejudice to the defendants. In support of this motion, the defendants further represent as follows:

1.	The undersigned has recently filed her appearance in this matter in lieu of former Assistant Attorney General Edward F. Osswalt who has retired for health reasons.

2. On various dates throughout the pendency of this case, former AAG Osswalt noticed the deposition of the plaintiff. (See e.g., Ex. "1" hereto.)

3. Plaintiff requested that her deposition be postponed due to health issues.

4. At one point, this Court stayed this proceeding on joint motion of the parties to permit plaintiff to recover from these health issues.

5. Said stay has expired but plaintiff continues to assert her health condition as preventing her from attending a deposition. Plaintiff has offered only to attend a "telephone" deposition which is not a recognized procedure and wholly inadequate to protect defendants' rights.

6. The defendants will be severely prejudiced if plaintiff does not appear for deposition in person. The defendants will videotape said deposition at a convenient location for the plaintiff.

7. The undersigned has attempted to confer with counsel for the plaintiff to resolve this matter. However, the undersigned has not received a response as of the time of mailing this motion and is constrained to file the motion in view of time constraints.

WHEREFORE, the defendants pray that this Court enter an order compelling plaintiff's attendance at her deposition to be convened forthwith at some mutually convenient location to be determined or, in the alternative, dismiss this case. Defendants further request that they be allowed their reasonable attorney fees in pursuing this matter.

                DEFENDANTS,

                STATE OF CONNECTICUT,
                DEPARTMENT OF
                SOCIAL SERVICES,

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY:  _____
    Tammy D. Geathers
    Assistant Attorney General
    Federal Bar No. Ct22426
    55 Elm Street - P.O. Box 120
    Hartford, CT  06141-0120
    Tel: (860) 808-5340
    Fax: (860) 808-5383
    Email: Tammy.Geathers@po.state.ct.us

## **CERTIFICATION**

I hereby certify that pursuant to § 5(b) of the Federal Rules of Civil Procedure, a copy of the fully executed foregoing **Motion to Compel And/Or Sanctions** was mailed, first class postage prepaid, this 5th day of August, 2005 to:

John R. Williams, Esq.
Williams and Associates
51 Elm Street, Suite #409
New Haven, CT  06510

            _____
            Tammy D. Geathers
            Assistant Attorney General