UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF SOCIAL SERVICES, ET AL. | : | |
| *Defendants* | : | AUGUST 5, 2005 |

DEFENDANTS' MEMORANDUM OF LAW
IN SUPPORT OF
MOTION TO COMPEL AND/OR SANCTIONS

**I.     INTRODUCTION**

Pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure and D. Conn. L. Civ. R. 37(a)(2), the Defendants hereby respectfully submit this memorandum of law in support of their motion to compel and/or for sanctions of even date herewith.  The defendants request that this Court issue an order forthwith either compelling plaintiff's attendance at a deposition to be videotaped by defendants at a mutually convenient location and time or, in the alternative, issue an order dismissing the case.

**II.     BACKGROUND**

This matter has been pending for several years.  There have been lengthy delays, first because of plaintiff's replacement counsel's need to familiarize himself with the case and then because of plaintiff's claimed health issues preventing her from appearing at a deposition although defendants offered to convene said deposition at plaintiff's home so she could be near a restroom.  See Exhibit "A" hereto.

### III.     ARGUMENT

Defendants have previously noticed the deposition of plaintiff (Exhibit "A").  A party is obligated to attend a properly noticed deposition.  See <u>Mercado v. Division of New York State Police</u>, 989 F.Supp. 521, 523-24 (S.D.N.Y. 1998).  Plaintiff has consistently maintained that health issues prevent her from attending a deposition even though defendants have offered to accommodate these health issues by taking the deposition of plaintiff <u>at</u> <u>her</u> <u>home</u>.  Plaintiff has offered only to submit to a "telephone deposition."

Defendants have already been prejudiced by the plaintiff's refusal to submit to a deposition over the pendency of the case even though defendants have offered to accommodate the plaintiff in every way.  A plaintiff cannot be permitted to file suit and then evade a deposition indefinitely.

Plaintiff has submitted only the most general medical reports indicating that her doctor preferred that she not testify (Exhibit "A").

Plaintiff has not responded to counsel's letter of August 3, 2005 requesting that plaintiff agree to a deposition date and time.  Defendants have made good faith efforts to resolve this dispute but such efforts have been unavailing.

WHEREFORE, the defendants respectfully request that this Court enter an order compelling plaintiff's attendance at a deposition to be convened at a mutually convenient time and place.  In the alternative, defendants request that the Court issue an order dismissing this case.  Defendants request, in any case, that the Court award their reasonable attorney fees in pursuing this motion.

        DEFENDANTS,

        STATE OF CONNECTICUT,
        DEPARTMENT OF
        SOCIAL SERVICES,

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
        Tammy D. Geathers
        Assistant Attorney General
        Federal Bar No. Ct22426
        55 Elm Street - P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax:  (860) 808-5383
        Email: Tammy.Geathers@po.state.ct.us

## **CERTIFICATION**

I hereby certify that pursuant to § 5(b) of the Federal Rules of Civil Procedure, a copy of the fully executed foregoing **Defendants' Memorandum of Law In Support Of Motion to Compel And/Or Sanctions** was mailed, first class postage prepaid, this 5th day of August, 2005 to:

John R. Williams, Esq.
Katrena Engstrom, Esq.
Williams and Associates
51 Elm Street, Suite #409
New Haven, CT  06510

        _____
        Tammy D. Geathers
        Assistant Attorney General