UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LISA A. CHARETTE

VS.                                            :        NO.  3:01CV1927(WWE)

DEPT. OF SOCIAL SERVICES, ET AL. :        AUGUST 28, 2005

**BRIEF IN OPPOSITION TO MOTION TO COMPEL OR FOR SANCTIONS**

The defendant is aware that the plaintiff suffers from many severely disabling physical infirmities which have significantly slowed the progress of this litigation.  The defendant now seeks an order compelling the plaintiff to submit to a deposition at a location convenient to the plaintiff, or for sanctions.

After medical consultation, the plaintiff is prepared to submit to a deposition at the office of her undersigned attorney on Friday, October 21, or Friday, November 4.

Accordingly, the motion should be denied.

Respectfully submitted:


_____

JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
Plaintiff's Attorney


CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Tammy D. Geathers, Assistant Attorney General, P. O. Box 120, Hartford, CT 06141-0120.


_____

JOHN R. WILLIAMS