# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE, | : | CIVIL DOCKET NO. |
| *Plaintiff,* | : | 3:01CV1927(WWE) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT: | | |
| DEPARTMENT OF SOCIAL SERVICES, | : | SEPTEMBER 29, 2005 |
| ET AL. | : | |
| *Defendants.* | | |

## MOTION TO WITHDRAW APPEARANCE

Assistant Attorney General Tammy D. Geathers respectfully requests leave of the Court to withdraw her appearance on behalf of the above defendants, State of Connecticut, Department of Social Services, Rudolph Jones, Ronald Georgetti, John Galliette, John Halliday and Brian Merbaum, in the above-captioned matter.

In support of this Motion, counsel represents that because of a conflict that has arisen with the defendants, this matter is being re-assigned to another Assistant Attorney General.

              STATE OF CONNECTICUT,
              DEPARTMENT OF
              SOCIAL SERVICES,

              RICHARD BLUMENTHAL
              ATTORNEY GENERAL

BY:   _____
      Tammy D. Geathers
      Assistant Attorney General
      Federal Bar No. Ct22426
      55 Elm Street - P.O. Box 120
      Hartford, CT  06141-0120
      Tel:  (860) 808-5340
      Fax:  (860) 808-5383
      Email: tammy.geathers@po.state.ct.us

## **CERTIFICATION**

I hereby certify that the foregoing Motion To Withdraw Appearance was mailed, first class postage prepaid, this 29th day of September, 2005 to:

John R. Williams, Esq.
Williams and Associates, LLC
51 Elm Street, Suite #409
New Haven, CT  06510

              _____
              Tammy D. Geathers
              Assistant Attorney General