# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE, | : | CIVIL DOCKET NO. |
| *Plaintiff,* | : | 3:01CV1927(WWE) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT: | | |
| DEPARTMENT OF SOCIAL SERVICES, | : | SEPTEMBER 29, 2005 |
| ET AL. | : | |
| *Defendants.* | | |

## MOTION TO RE-OPEN SCHEDULING ORDER AND RESET PRETRIAL DEADLINES

The defendants, State of Connecticut, Department of Social Services, et al., respectfully request the Court to re-open the Scheduling Order and reset pre-trial deadlines as set forth below. In support hereof, the defendants represent the following:

1. Because of a conflict that has arisen with the defendants, the undersigned will be withdrawing her appearance in the above-referenced matter and as a result, will necessitate this matter being re-assigned.

2. The undersigned further represents that the modification of the existing Scheduling order is necessary to afford the newly assigned Assistant Attorney General ample time/opportunity to review and familiarize him/herself with the abundance of material and documents so that he/she will be adequately prepared to represent and vigorously defend the defendants in this matter.

3. The undersigned requests the extension of the pre-trial deadlines as follows:

      a.      Discovery, including deposition(s) will be completed by February 1, 2006;

      b.      Dispositive motions will be filed on or before March 15, 2006;

      c.      Joint trial memorandum will be sixty (60) days after the close of discovery in this matter or after this Court's ruling or any dispositive motions which may be filed, whichever is later.

This case will be ready for trial thirty (30) days after submission of the Parties' Joint Trial Memorandum.

The undersigned further represents that she has contacted plaintiff's counsel, Attorney John Williams, and represents that he has **no** objection to the undersigned's Motion.

WHEREFORE, the undersigned respectfully requests that this Court re-open the Scheduling Order and extend the pre-trial deadlines as set forth above so that the new discovery deadline will become February 1, 2006, with dispositive motions due by March 1, 2006.

```
                                    STATE OF CONNECTICUT,
                                    DEPARTMENT OF
                                    SOCIAL SERVICES,

                                    RICHARD BLUMENTHAL
                                    ATTORNEY GENERAL

                    BY:     _____
                            Tammy D. Geathers
                            Assistant Attorney General
                            Federal Bar No. Ct22426
                            55 Elm Street - P.O. Box 120
                            Hartford, CT  06141-0120
                            Tel:  (860) 808-5340
                            Fax:  (860) 808-5383
                            Email: tammy.geathers@po.state.ct.us
```

## **CERTIFICATION**

I hereby certify that the foregoing Motion To Re-Open Scheduling Order and Re-Set Pre-trial Deadlines was mailed, first class postage prepaid, this 29th day of September, 2005 to:

John R. Williams, Esq.
Williams and Associates, LLC
51 Elm Street, Suite #409
New Haven, CT  06510

```
                                    _____
                                    Tammy D. Geathers
                                    Assistant Attorney General
```