# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF SOCIAL SERVICES, | : | |
| ET AL. | : | |
| *Defendants* | : | January 24, 2006 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendants in the above-referenced matter.

Dated at Hartford, Connecticut this 24th day of January, 2006.

        DEFENDANTS
        State of Connecticut,
        Department of Social Services, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


By: _____
        Joseph A. Jordano
        Assistant Attorney General
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax: (860) 808-5383
        Federal Bar No. ct21487
        Email: Joseph.Jordano@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 24th of January, 2006, to the following:

John R. Williams, Esq.
Williams and Associates, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Joseph A. Jordano
Assistant Attorney General