UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT<br>DEPARTMENT OF SOCIAL SERVICES,<br>ET AL. | | |
| *Defendants* | : | January 24, 2006 |

**MOTION FOR EXTENSION OF TIME MODIFYING SCHEDULING ORDER**

COMES NOW the defendants, State of Connecticut Department of Social Services, Rudolph Jones, Ronald Georgetti, John Galiette, John Halliday and Brian Merbaum, through counsel and with concurrence of plaintiff's counsel, and requests an extension of time of one hundred and twenty (120) days, resetting the discovery deadline to and including June 1, 2006 and the deadline for dispositive motions to and including July 15, 2006.  In support of their motion, the defendants, through counsel represent as follows:

1. The current Scheduling Order has set the discovery deadline for February 1, 2006 and the deadline for dispositive motion for March 1, 2006 (Doc. # 65, October 3, 2005).

2. The instant matter has an extensive history, including but not limited to, two stays of the proceedings in February 2003 on a motion by the plaintiff and again in May 2004 on a joint motion based on the representation that the plaintiff was too incapacitated to participate in the proceedings.

3. There have been five status conferences held since July 16, 2003.  The latest status conference was held on December 20, 2005.

4. The defendants have noticed the deposition of the plaintiff on several occasions. The plaintiff on each and every occasion has represented that she was too ill to be deposed. At one point she reportedly offered to attend a "telephone" deposition, which is not a recognized procedure and wholly inadequate to protect defendants' rights. The plaintiff has yet to be deposed. The defendants, it is the undersigned's understanding, have made good faith efforts to accommodate the plaintiff's claimed illness which she asserts prevents her from being deposed. The defendants will be unable to prepare their defense to plaintiff's claims if she continues to refuse to submit to a deposition. The continuous delay in deposing the plaintiff severely prejudices the defendants.

5. The undersigned is filing his appearance for the defendants this date. The undersigned represents that he is going to require additional time to familiarize himself with the extensive history and voluminous amount of material and documents associated with the case so he can appropriately represent and vigorously defend the defendants in this matter.

6. The undersigned also requires additional time in which to contact the clients, some of whom may be retired from state service.

7. The undersigned has a Second Circuit Court of Appeals appellee brief due in Bogle-Assegai v. CHRO, Docket No. 05-1858-cv, the beginning of March 2006 which conflicts with the current dispositive motion deadline in the instant matter.

8. The undersigned has three summary judgments due in a 21-day span in late May 2006 until mid-June 2006 in Garcia v. ECSU, 3:05CV0922(PCD), Thompson v. CSU, et al., 3:05CV0715(AWT) and Bull v. Barone, 3:03CV2034(AWT) which necessitates the request for four months in order to not conflict with those deadlines.

9. The plaintiff will not be prejudiced by the delay.

10. This is the undersigned's first request to modify the Scheduling Order.

11. Pursuant to Local Rule 7(b), the undersigned caused plaintiff's counsel, John R. Williams, Esq., to be contacted and he has authorized the undersigned to represent that he has NO OBJECTION to this motion.

WHEREFORE, the defendants respectfully request a one hundred and twenty (120) day extension of time, resetting the discovery deadline to June 1, 2006 and the deadline for filing dispositive motions to July 15, 2006.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
Email:
 Joseph.Jordano@po.state.ct.us
Federal Bar # ct21487

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion for Extension of Time Modifying Scheduling Order was mailed on this 24th day of January, 2006, first class postage prepaid to the following:

John R. Williams, Esq.
Williams and Associates, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Joseph A. Jordano
Assistant Attorney General