UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF SOCIAL SERVICES, | : | |
| ET AL. | : | |
| *Defendants* | : | January 24, 2006 |

## JOINT MOTION FOR DESIGNATION INTO ELECTRONIC FILING SYSTEM

The plaintiff and defendants through counsel respectfully request that the above-captioned matter be designated into the Electronic Filing System and that the electronic filing of all papers be effective immediately upon notice from the Court. Plaintiff's counsel has authorized the undersigned to represent that he joins in this motion to designate the instant matter as an E-file case.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us
Federal Bar # ct21487

## CERTIFICATION

I hereby certify that a copy of the foregoing Joint Motion for Designation into Electronic Filing System was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 24th day of January, 2006, first class postage prepaid to:

John R. Williams, Esq.
Williams and Associates, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Joseph A. Jordano
Assistant Attorney General

2