UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**CIVIL ACTION NO: _____(WWE)**

### ELECTRONIC FILING ORDER

The Court orders that the parties shall file all documents in this case electronically. Counsel are reminded that they must comply with the following requirements:

1. Counsel must comply with all applicable Federal Rules of Criminal Procedure and Civil Procedure, the District's Local Rules and the requirements set forth in the District's CM/ECF Policies and Procedures Manual, and any other rules and administrative procedures which implement the District's CM/ECF system.

2. Unless otherwise ordered, on the business day next following the day on which a document is filed electronically, counsel must provide Chambers with one paper copy of the following e-filed documents:

**All pleadings (including briefs and exhibits) relating to the following:**

a. Applications for temporary restraining orders, preliminary injunctions or prejudgment remedies;
b. Dispositive motions (motions to dismiss or for summary judgment);
c. Requested jury instructions;
d. Compliance with Pretrial Orders
e. Trial briefs, including proposed findings of fact and conclusions of law; and
f. **Any other filing that is in excess of 20 pages**.

IT IS SO ORDERED.

_____/S/_____
WARREN W. EGINTON
SENIOR USDJ

1