UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT DEPARTMENT OF SOCIAL SERVICES, ET AL. | | |
| *Defendants* | : | February 21, 2006 |

**JOINT MOTION FOR EXTENSION OF TIME MODIFYING SCHEDULING ORDER**

COMES NOW the defendants, State of Connecticut Department of Social Services, Rudolph Jones, Ronald Georgetti, John Galiette, John Halliday and Brian Merbaum, through counsel and with concurrence of plaintiff's counsel, and requests an extension of time of one hundred and twenty (120) days, resetting the discovery deadline to and including August 3, 2006 and the deadline for dispositive motions to and including September 3, 2006. In support of their motion, the defendants, through counsel represent as follows:

1. The current Scheduling Order has set the discovery deadline for April 3, 2006 and the deadline for dispositive motion for May 3, 2006 (Doc. # 73, January 26, 2006).

2. A telephonic status conference was held with the Honorable United States District Court Judge Warren W. Eginton on Tuesday morning, February 21, 2006. The plaintiff was represented by Katrena Engstrom of the law firm of Williams & Associates, LLC, and the defendants were represented by the undersigned, Assistant Attorney General Joseph A. Jordano.

3. Plaintiff's counsel represented that the plaintiff was too traumatized to be deposed and would be unable to attend a deposition noticed for February 28, 2006. The defendants have

noticed the deposition of the plaintiff on several occasions but have not been able to depose the plaintiff to date.

4.     The Court informed plaintiff's counsel that until and unless plaintiff was medically able to be deposed, his inclination was to check the proper procedure for administratively dismissing the case without prejudice until such time as the plaintiff was able to be deposed and participate in the instant matter. The Court noted that the defendants had the right to depose the plaintiff and the plaintiff has to be well enough to testify at trial, if necessary, so the matter cannot proceed.

5.     The Court directed the parties to file a motion for extension of time regarding the deadlines in the instant matter until such time it could be addressed administratively. The instant motion adheres to the Court's suggestive plan of action.

6.     Plaintiff's counsel, Ms. Engstrom, indicated that any motion for extension of the deadlines should be made jointly.

WHEREFORE, the defendants, with the concurrence of plaintiff's counsel, respectfully requests an extension of time of one hundred and twenty (120) days, extending the discovery deadline to and including August 3, 2006 and the deadline for filing of dispositive motion to September 3, 2006 pending the Court administratively dismissing the instant matter.

        DEFENDANTS

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


By: _____
  Joseph A. Jordano
  Assistant Attorney General
  55 Elm Street, P.O. Box 120
  Hartford, CT  06141-0120
  Tel:  (860) 808-5340
  Fax: (860) 808-5383
  Email:
  Joseph.Jordano@po.state.ct.us
  Federal Bar # ct21487


## **CERTIFICATION**

 I hereby certify that on February 21, 2006 a copy of the foregoing Joint Motion for Extension of Time Modifying Scheduling Order was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        /s/_Joseph A. Jordano_____
        Joseph A. Jordano (# ct21487)
        Assistant Attorney General
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel.: (860) 808-5340
        Fax: (860) 808-5383
        E-mail: Joseph.Jordano@po.state.ct.us