UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA A. CHARETTE, | : |
| | : |
| Plaintiff | : |
| | : DOCKET NO. 3:01-CV-01927 |
| v. | : |
| | : |
| STATE OF CONNECTICUT | : |
| DEPARTMENT OF SOCIAL SERVICES, | : |
| RUDOLPH JONES, RONALD | : |
| GEORGETTI, JOHN GALIETTE, | : |
| JOHN HALLIDAY, BRIAN MERBAUM, | : |
| | : |
| Defendants. | : |

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED that the above captioned case be dismissed without prejudice to be reopened.

IT IS SO ORDERED.

Dated at Bridgeport, Connecticut, this 23rd day of February, 2006.

_____/s/_____
Warren W. Eginton
Senior United States District Judge