UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LISA A. CHARETTE

VS.                                    :        NO.  3:01CV1927(WWE)

DEPT. OF SOCIAL SERVICES, ET AL. :        MARCH 17, 2006

## **A P P E A L**

The plaintiff appeals to the United States Court of Appeals for the Second

Circuit from the Order of Dismissal entered by this court on February 23, 2006, a

copy of which is attached hereto.


THE PLAINTIFF


BY_____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        (203) 562-9931
        FAX:  (203) 776-9494
        E-Mail: jrw@johnrwilliams.com
        Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was transmitted to Joseph Jordano, Assistant Attorney General, P. O. Box 120, Hartford, CT 06141-0120 [joseph.jordano@po.state.ct.us].

_____
JOHN R. WILLIAMS