UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LISA A. CHARETTE

VS.                                          :      NO.  3:01CV1927(WWE)

DEPT. OF SOCIAL SERVICES, ET AL. :      JUNE 5, 2006

**MOTION FOR RELIEF FROM DISMISSAL**

    Pursuant to the Order of the United States Court of Appeals, the plaintiff respectfully moves for relief from the Dismissal entered in this case on February 23, 2006, for the following reasons:

    1.  The plaintiff's appeal has been withdrawn without prejudice for lack of a final judgment.  *FRCivP 58*; *Kanamatsu-Gosh v. M/T Messiniaki Aigli*, 805 F.2d 47, 49 (2nd Cir. 1986).

    2.  The order of dismissal entered in this case on February 23, 2006, does not specify its reasons nor does it specify the terms upon which the case could be reopened.

    3.  The defendants join in this motion.

THE PLAINTIFF


BY_____/s/_____
                JOHN R. WILLIAMS (ct00215)
                51 Elm Street
                New Haven, CT 06510
                (203) 562-9931
                FAX: (203) 776-9494
                E-Mail: jrw@johnrwilliams.com
                Her Attorney


CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


_____/s/_____
JOHN R. WILLIAMS