UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | | |
| DEPARTMENT OF SOCIAL SERVICES, | | |
| ET AL. | | |
| *Defendants* | : | June 9, 2006 |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION FOR RELIEF FROM DISMISSAL**

COMES NOW the defendants, State of Connecticut Department of Social Services, Rudolph Jones, Ronald Georgetti, John Galiette, John Halliday and Brian Merbaum, through counsel, and responds to the plaintiff's motion for relief from dismissal (Doc. # 81, dated June 5, 2006) as follows:

1.   It is the defendants' understanding as of this filing that the plaintiff, Lisa Charette, cannot give a deposition and the plaintiff is not seeking to reopen the case at this time but simply a clarification behind the dismissal.

2.   If the plaintiff's motion simply seek a clarification of the court's ruling, defendants join in the motion. The defendants respectfully request that the Court articulate its rationale for the dismissal without prejudice. The defendants submit that the Court indicated at the February 21, 2006 teleconference that it was inclined to administratively dismiss the matter without prejudice until such time as the plaintiff was able to be deposed and participate in the instant matter.

3.   This case is five years old and the parties face a potential indeterminate time period before the plaintiff indicates that she is capable of being deposed. As the Court has noted,

a party is obligated to attend a properly noticed deposition. See <u>Mercado v. Division of New York State Police</u>, 989 F. Supp. 521, 523-24 (S.D.N.Y. 1998). The plaintiff has never been deposed in this instant action, nor in a companion matter in state court.

4. In contrast, if the plaintiff is seeking to reopen the case at this time, the defendants request an affidavit from the plaintiff or her treating physician indicating that she is capable of being deposed. Plaintiff has been noticed in for a deposition several times and she has not attended.

WHEREFORE, if the plaintiff's motion is simply for clarification of the February 23, 2006 (Doc. # 78) order of dismissal without prejudice, the defendants join in the motion. However, if the plaintiff is moving to re-open the matter at this time, the defendants request an affidavit from the plaintiff indicating that she is willing and able to be deposed and an Order from the Court for a date certain for said deposition.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By: _____
Joseph A. Jordano
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
Email:
 Joseph.Jordano@po.state.ct.us
Federal Bar # ct21487

## **CERTIFICATION**

I hereby certify that on June 9, 2006  a copy of the foregoing Response to Motion for Relief from Dismissal  was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Joseph A. Jordano_____
Joseph A. Jordano (# ct21487)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us