UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT DEPARTMENT OF SOCIAL SERVICES, ET AL. | | |
| *Defendants* | : | July 5, 2006 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
MODIFYING SCHEDULING ORDER**

COMES NOW the defendants, State of Connecticut Department of Social Services, Rudolph Jones, Ronald Georgetti, John Galiette, John Halliday and Brian Merbaum, through counsel and with concurrence of plaintiff's counsel, and requests an extension of time of forty five (45) days, to and including October 18, 2006 in which to file their dispositive motion. In support of their motion, the defendants, through counsel represent as follows:

1.   The Court issued an order of dismissal, dismissing the instant matter without prejudice on February 23, 2006 (Doc. # 78).

2.   The plaintiff filed a Notice of Appeal to the Second Circuit Court of Appeals on March 17, 2006 (Doc. # 80).

3.   The plaintiff withdrew the appeal based upon lack of a final judgment.

4.   The plaintiff filed a Motion for Relief from Dismissal on June 5, 2006 (Doc. # 81) and the defendants filed their response on June 9, 2006 (Doc. # 82).

5.   The Court reopened the instant matter on June 22, 2006 (Doc. # 83).

6.   A telephonic status conference was held between the parties and the Court on June 30, 2006. Plaintiff was represented by Attorney Rob Serafinowicz of the Law Firm of

Williams & Associates; the defendants by Assistant Attorney General Joseph A. Jordano; and Nancy O'Brasky, law clerk, represented the Court on behalf of United States District Court Judge Warren W. Eginton.

7. Attorney Serafinowicz acknowledged that the deposition of the plaintiff was a necessitate to continue the instant matter and counsel agreed to work collectively to schedule the plaintiff's deposition within the next 45 days.

8. The Court signed an Order on June 30, 2006 (Doc. # 86) stating that the plaintiff's deposition "shall be completed by August 18, 2006."

9. The parties, through the defendants, filed a joint motion for extension of time of one hundred and twenty days on February 21, 2006 (Doc. # 76) which was granted by the Court on February 27, 2006 (Doc. # 79), extending the discovery deadline to August 3, 2006 and deadline for filing of dispositive motion to September 3, 2006.

10. The undersigned represents to the Court that during the immediate time frame in which the summary judgment would be due, he has an appellee brief due in the Second Circuit Court of Appeals in Richardson v. CHRO, et al., Docket No. 06-0474-cv, and summary judgment motions due in federal matters entitled Garcia v. ECSU, 3:05CV0922(PCD) and Bull v. Barone, 3:03CV2034(AWT).

11. Plaintiff's counsel during the Telephonic Status Conference represented that he would have no objection to this motion.

WHEREFORE, the defendants respectfully requests an extension of time of forty-five (45) days, to and including October 18, 2006, in which to file their dispositive motion.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL


By: _____
    Joseph A. Jordano
    Assistant Attorney General
    55 Elm Street, P.O. Box 120
    Hartford, CT  06141-0120
    Tel:  (860) 808-5340
    Fax: (860) 808-5383
    Email:
    Joseph.Jordano@po.state.ct.us
    Federal Bar # ct21487


## **CERTIFICATION**

    I hereby certify that on July 5, 2006  a copy of the foregoing Motion for Extension of Time Modifying Scheduling Order was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    /s/ Joseph A. Jordano_____
    Joseph A. Jordano (# ct21487)
    Assistant Attorney General
    55 Elm Street, P.O. Box 120
    Hartford, CT  06141-0120
    Tel.: (860) 808-5340
    Fax: (860) 808-5383
    E-mail: Joseph.Jordano@po.state.ct.us