UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF SOCIAL SERVICES, | : | |
| ET AL. | : | |
| *Defendants* | : | July 31, 2006 |

## APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendants in the above-referenced matter

in addition to the appearance of Assistant Attorney General Joseph A. Jordano already on file.

Dated at Hartford, Connecticut this 31st day of July, 2006.

                                              DEFENDANTS
                                              State of Connecticut,
                                              Department of Social Services, et al.

                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL


               By:     _____
                         David C. Nelson
                         Assistant Attorney General
                         55 Elm Street, P.O. Box 120
                         Hartford, CT  06141-0120
                         Tel:  (860) 808-5340
                         Fax: (860) 808-5383
                         Federal Bar No. ct25640
                         Email: Davidc.Nelson@po.state.ct.us

**CERTIFICATION**

    I hereby certify that on July 31, 2006 a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/_David C. Nelson_____
David C. Nelson (# ct25640)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Davidc.Nelson@po.state.ct.us