UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | | |
| DEPARTMENT OF SOCIAL SERVICES, | | |
| ET AL. | | |
| *Defendants* | : | July 31, 2006 |

## MOTION FOR PROTECTIVE ORDER TO COMPLY WITH HIPAA

COME NOW the Defendants and submit the enclosed Protective Order in compliance with the Health Insurance Portability and Accountability Act ("HIPAA") of 1996, 42 U.S.C. § 1301 et seq. The defendants request that the Court enter the enclosed protective order that relates specifically to certain medical records of the plaintiff Lisa Charette. The said Protective Order will also extend to any other medical records that are obtained in connection with this case.

DEFENDANTS,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar No. ct21487
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.: (860) 808-5340
Fax.: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us

**CERTIFICATION**

I hereby certify that on July 31, 2006 a copy of the foregoing Motion for Protective Order was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joseph A. Jordano
Joseph A. Jordano (# ct21487)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us