UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | | |
| DEPARTMENT OF SOCIAL SERVICES, | | |
| ET AL. | | |
| *Defendants* | : | July 31, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Assistant Attorney General Tammy D. Geathers respectfully requests leave of the Court to withdraw her appearance on behalf of the above defendant in the above-captioned matter. In support of this motion, counsel represents as follows: Assistant Attorneys General Joseph A. Jordano and David C. Nelson have filed their appearances on behalf of the defendants and will be representing the defendants in this captioned matter.

WHEREFORE, the undersigned respectfully requests that she be permitted to withdraw her appearance in this matter.

STATE OF CONNECTICUT,
DEPARTMENT OF SOCIAL SERVICES,
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Tammy D. Geathers
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax (860) 808-5383
e-mail:  Tammy.Geathers@po.state.ct.us
Federal Bar # ct22426


## CERTIFICATION

I hereby certify that on July 31, 2006 a copy of the foregoing Motion to Withdraw Appearance was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Tammy D. Geathers_____
Tammy D. Geathers (# ct22426)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Tammy.Geathers@po.state.ct.us