UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LISA A. CHARETTE

VS.                                              :         NO.  3:01CV1927(WWE)

DEPT. OF SOCIAL SERVICES, ET AL. :         AUGUST 16, 2006

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in addition to counsel who have appeared in this case for the plaintiffs.

THE PLAINTIFF

BY: _____/s/_____
       KATRENA ENGSTROM (ct09444)
       John R. Williams and Associates, LLC
       51 Elm Street
       New Haven, CT 06510
       9203) 562-9931
       Fax: (203)776-9494
       E-Mail: kengstrom@johnrwilliams.com

THE PLAINTIFF


BY_____/s/_____
KATRENA ENGSTROM (ct09444)
    John R. Williams and Associates, LLC
    51 Elm Street
    New Haven, CT 06510
    (203) 562-9931
    FAX: (203) 776-9494
    E-Mail: kengstrom@johnrwilliams.com
    Her Attorney


CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


_____/s/_____
KATRENA ENGSTROM