UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LISA A. CHARETTE

VS.                                        :        NO.  3:01CV1927(WWE)

DEPT. OF SOCIAL SERVICES, ET AL. :        AUGUST 16, 2006

### MOTION TO EXTEND DEADLINES

The plaintiff, LISA CHARETTE, respectfully moves for an extension of deadlines in this case for the following reasons:

1. Defendants' counsel has commenced the plaintiff's deposition but has not yet completed it.

2. The deposition is taking place at the office of the plaintiff's therapist, who is not available again until September 12 due to vacation and work related matters;

3. Defendants' counsel does not oppose an extension of the deadlines which are proposed to be modified as set forth below:

    (a)  All discovery, including depositions of expert witnesses, will completed by November 30, 2006.

    (b)  Dispositive motions will be filed on or before January 6, 2007.

    (c)  The joint trial memorandum will be filed by February 12,

   2007, or (30) thirty days after this court rules on any summary

   judgment motion filed by the defendants, whichever is later.

  4. Defendants' counsel joins with plaintiff's counsel in this motion.

   THE PLAINTIFF

  BY_____/s/_____
   KATRENA ENGSTROM (ct09444)
   John R. Williams and Associates, LLC
   51 Elm Street
   New Haven, CT 06510
   (203) 562-9931
   FAX: (203) 776-9494
   E-Mail: kengstrom@johnrwilliams.com
   Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

   _____/s/_____
   KATRENA ENGSTROM