From: CMECF@ctd.uscourts.gov
Sent: Saturday, July 01, 2006 12:04 AM
To: CMECF@ctd.uscourts.gov
Subject: Summary of ECF Activity

Activity has occurred in the following cases:

**3:01-cv-01927-WWE Charette v. Social Services, et al**
Order on Motion for Conference  86

Docket Text:
ORDER granting [84] Motion for Conference, granting [84] Motion for Order for Date Certain for Plaintiff's Deposition. Deposition shall be completed by 8/18/06. Signed by Judge Warren W. Eginton on 6/30/06. (O'Brasky, N.)

**3:01-cv-01927-WWE Charette v. Social Services, et al**
Order on Motion for Conference  86

Docket Text:
ORDER granting [84] Motion for Conference, granting [84] Motion for Order for Date Certain for Plaintiff's Deposition. Deposition shall be completed by 8/18/06. Signed by Judge Warren W. Eginton on 6/30/06. (O'Brasky, N.)

**3:01-cv-01927-WWE Charette v. Social Services, et al**
Status Conference  87

Docket Text:
Minute Entry for Proceedings held before Judge Warren W. Eginton : Status Conference held on 6/30/2006 for 15 minutes. (D'Andrea, S.)

**3:01-cv-01927-WWE Charette v. Social Services, et al**
Status Conference  87

Docket Text:
Minute Entry for Proceedings held before Judge Warren W. Eginton : Status Conference held on 6/30/2006 for 15 minutes. (D'Andrea, S.)

Attachment A

### Jordano, Joseph A.

**From:** Jordano, Joseph A.
**Sent:** Tuesday, September 05, 2006 10:54 AM
**To:** 'Kit Engstrom'
**Cc:** 'Irene.Mason@po.state.ct.us'; 'Harris, Brenda'; 'David Nelson'
**Subject:** RE: Charette deposition 9/12 possible?

I am available on 9/12. I will notify my client to confirm its availability. It does not appear to me that Ms. Charette needed anyone present for moral support. Her demeanor was direct and at times outright obstinate. I don't see why she cannot sit for a day long deposition with appropriate breaks. Please consider this request

However, at this time I will agree to the 12th so we can get on with the deposition given how long we have waited to do the deposition. However, on that date we should bring our calendars so we can get the next date. Please confirm that we are still a go for the 9/12 at 3:30 p.m.


Thank you.


*Joseph A. Jordano*
Assistant Attorney General
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06106

Phone:  (860) 808-5340
Fax:    (860) 808-5383
URL:    http://www.cslib.org/attygenl

### CONFIDENTIALITY NOTICE:

This communication is for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify me immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

---

**From:** Kit Engstrom [mailto:kengstrom@johnrwilliams.com]
**Sent:** Monday, August 21, 2006 5:55 PM
**To:** Jordano, Joseph A.
**Cc:** john williams
**Subject:** Charette deposition 9/12 possible?

Joe,


Are you available September 12 at 3 PM-4:45 for Lisa's continued deposition?

## Jordano, Joseph A.

**From:** Jordano, Joseph A.
**Sent:** Monday, September 11, 2006 7:42 AM
**To:** 'Kit Engstrom'
**Cc:** 'Harris, Brenda'
**Subject:** Charette

Based on our conversation last week and the confusing communication by Ms. Charette with your office, there will be NO deposition on 9/12. It is difficult and costly for me to schedule a court reporter for 3:30 pm for only 1.5 hours. Accordingly, please give me some dates when Ms. Charette can give us 4 or more hours so we can get a significant portion of the deposition done. I also faxed the CHRO ruling to you.

Thank you.

Joseph A. Jordano
Assistant Attorney General
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06106

Phone: (860) 808-5340
Fax: (860) 808-5383
URL: http://www.cslib.org/attygenl

### CONFIDENTIALITY NOTICE:

This communication is for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify me immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

Attachment C

P. 1

☀ ☀ ☀ Communication Result Report ( Oct. 13. 2006 8:29AM ) ☀ ☀ ☀

1)  
2) OFFICE OF THE CT ATTY GENERAL

Date/Time: Oct. 13. 2006  8:28AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 3496 | Memory TX | 912037769494 | P. 3 | OK | |



Reason for error
 E. 1) Hang up or line fail         E. 2) Busy
 E. 3) No answer                    E. 4) No facsimile connection
 E. 5) Exceeded max. E-mail size

RICHARD BLUMENTHAL
ATTORNEY GENERAL

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

(860) 808-5340

Office of the Attorney General
## State of Connecticut

### TELEFAX COMMUNICATION

**Date:** October 13, 2006

**To:** Katrena Engstrom, Esq., Williams & Associates

**Telefax #:** 203 776-9494

**Number of Pages:** 3
(including this)

**From:** Joseph A. Jordano, AAG

**Telephone #:** (860) 808-5340

**Telefax #:** (860) 808-5383

**Information Faxed By:** Len Auxter

**COMMENTS:** Katrena,

Per our discussion, please find attached Notice of Deposition for Ms. Charette for October 17th. Original will be sent by regular mail.

*NOTICE: This telecopy transmission and any accompanying documents may contain confidential or privileged information. They are intended only for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, you are not authorized to disclose, copy, distribute or use in any manner the contents of this information. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange retrieval of the faxed documents.*

Attachment D

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA CHARETTE<br>*Plaintiff*<br><br>V.<br><br>RUDOLPH JONES,<br>(in his individual and official capacities);<br>RONALD GEORGETTI (in his individual<br>and official capacities; JOHN GALLIETTE<br>(in his individual and official capacities);<br>JOHN HALLIDAY, (in his individual and<br>official capacities; BRIAN MERBAUM,<br>(in his individual and official capacities)<br>*Defendants* | : CIVIL ACTION NO. 3:01CV1927(WWE)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: OCTOBER 13, 2006 |

## RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendants will continue the deposition of **LISA CHARETTE**, before Brandon Reporting Service, Court Reporters, or any person authorized to take depositions in the State of Connecticut, on **Tuesday, October 17, 2006, at 12:00 noon**, or such other day to which the proceedings may be continued until completed, at the Office of the Attorney General, 55 Elm Street, Fourth Floor Conference Room, Hartford, CT 06141-0120.

The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court, including the applicable Federal Rules of Civil Procedure.

DEFENDANTS,

RUDOLPH JONES, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Joseph A. Jordano
Assistant Attorney General
Federal Bar No. ct21487
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: joseph.jordano@po.state.ct.us

**CERTIFICATION**

I hereby certify that pursuant to § 5(b) of the Federal Rules of Civil Procedure, the original Re-Notice of Deposition was mailed, first class postage prepaid, this 13th day of October, 2006 to:

John R. Williams, Esq.
Katrena Engstrom, Esq.
Williams and Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

_____
Joseph A. Jordano
Assistant Attorney General

2

## Jordano, Joseph A.

**From:** Jordano, Joseph A.
**Sent:** Monday, October 16, 2006 8:27 AM
**To:** 'Kit Engstrom'
**Subject:** Charette


Ms Charette does not dictate to me when she will or will not appear for a deposition. Please advise your client that I will file a motion to compel her attendance and for sanctions. This issue has gone on long enough. I do not believe that Judge Eginton will be pleased with Ms. Charette. I appreciate your efforts to schedule the deposition and will note your efforts in my motion.

Thank you.

*Joseph A. Jordano*
Assistant Attorney General
Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06106

Phone: (860) 808-5340
Fax:   (860) 808-5383
URL:   http://www.cslib.org/attygenl

**CONFIDENTIALITY NOTICE:**
This communication is for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify me immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

Attachment E

1