UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LISA A. CHARETTE

VS.                                    :        NO.  3:01CV1927(WWE)

DEPT. OF SOCIAL SERVICES, ET AL. :        NOVEMBER 8, 2006

**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION FOR SANCTIONS**

Plaintiff proposed September 12 and then October 17 as dates that she would be available for a deposition.  She never agreed to more than approximately 1.5 hour sessions for her deposition, and she had requested that the deposition take place at the office of her therapist.  The first session, on August 3, did take place there, with her therapist in attendance.

Plaintiff has objected to attending any further sessions until the defendant produces records which were requested in February, 2006.  Plaintiff's counsel received one of the requested documents, her personnel file, two days ago, on November 6.  The parties are presently attempting to resolve their disagreement concerning the other requested documents without the necessity of filing motions with the Court.

Plaintiff's counsel attaches Exhibit One, the affidavit of plaintiff, in response to defendant's Motion to Compel and for Sanctions.

THE PLAINTIFF

BY:_____
      KATRENA ENGSTROM (ct09444)
      John R. Williams and Associates, LLC
      51 Elm Street
      New Haven, CT 06510
      9203) 562-9931
      Fax: (203)776-9494
      E-Mail: kengstrom@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Joseph A. Jordano, Assistant Attorney General, P. O. Box 120, Hartford, CT 06141-0120.

_____
KATRENA ENGSTROM