UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT


LISA A. CHARETTE

VS.                                        : NO. 3:01CV1927(WWE)

DEPT. OF SOCIAL SERVICES, ET AL. :    NOVEMBER 8, 2006


COUNTY OF _____ )
                        ) ss:
TOWN OF BROAD BROOK     )


### AFFIDAVIT OF LISA CHARETTE

LISA CHARETTE, having first been duly sworn, hereby deposes and states:

1. I am over the age of eighteen and I understand the purpose of an oath.

2. I am an individual with a permanent severe physical disability since 1992.

3. I was not able to attend the deposition scheduled on October 17, 2006 because there was miscommunication regarding it. Linda Spiegel and I were not included in its dictation. I am presently having a very serious exacerbation of my disability. Mr. Jordano does not respect, understand, appreciate, and/or acknowledge my permanent disability and focuses on aesthetics rather than professional medical and/or psychological opinions

and facts. Mr. Jordano did/does not acknowledge and disregards my Federal rights. I was not hostile in the prior deposition on August 3, 2006. Mr. Jordano did not focus on the crux of the complaint in that deposition unfortunately. I have not received my employment file (including both personnel and Affirmative Action files) from the Defendant to date. It has been requested adnosium times and promised but not produced numerous times. Mr. Jordano makes false promises and then blames me for his own manipulations and misgivings. In fact, I have not received any tangible discovery from the Defendant to date only excuses. I have been beyond reasonably patient and tolerant. I'm not sure Mr. Jordano understands what "bending over backwards" means to me. I'm not sure Mr. Jordano understands the term "overbroad and burdensome" in its empirical sense. I have been treated very unfairly, disrespectfully, manipulated, and endured unnecessary argumentativeness from Mr. Jordano at the last deposition. The Defendants have been cruel. Mr. Jordano could have easily and kindly completed the deposition in the amount of time we were there had he focused solely on the Complaint. I did the best I could. Please read Linda Spiegel's Federal deposition. Thank you for your time and consideration.

*LISA A. CHARETTE*

Subscribed and sworn to me this 8 day of November, 2006

by Atty Calhoun Sudge
~~NOTARY PUBLIC~~ Comm'r of Sup'r Ct