RICHARD BLUMENTHAL
ATTORNEY GENERAL



55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5340
Fax: (860) 808-5383

November 3, 2006

Katrena Engstrom, Esq.
John R. Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

RE: **Charette v. DSS, et al., 3:01CV1927(WWE)**

Dear Attorney Engstrom:

    Enclosed please find the plaintiff's personnel file which we discussed. Please understand that I am forwarding the personnel file to you as a courtesy to your informal request. There has never been a formal discovery request for Ms. Charette's personnel file in either this instant matter or her state court action.

    My Motion to Compel for a date certain regarding the deposition of the plaintiff stands. I am tired of Ms. Charette acting under the mistaken belief that she can dictate to the Court under what circumstances she can be deposed.

Very truly yours,

Joseph A. Jordano
Assistant Attorney General

JAJ:la

Enclosure