Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

COPY

---

LISA CHARETTE, )
        Plaintiff, )
)
vs )
)
RUDOLPH JONES, (in his individual and )
official capacities); )
RONALD GORGETTI (in his individual and )
official capacities); )
JOHN GALLIETTE (in his individual and )
official capacities); )
JOHN HALLIDAY (in his individual and )
official capacities); )
BRIAN MERBAUM (in his individual and ) CIVIL ACTION #
official capacities), ) 3:01cv1927(WWE)
        Defendants. )

---

VOLUME I

---
Deposition of: LISA CHARETTE
---

Taken before Tina M. Davis, Stenographer and
Notary Public in and for the State of Connecticut,
pursuant to notice, at the offices of
PATH OUTPATIENT SERVICES, 675 Tower Avenue,
Suite 301, Hartford, Connecticut, on Thursday,
August 3, 2006 scheduled to commence at
approximately 3:30 p.m.

Tina M. Davis, LSR
License No. 00221
Brandon Smith Reporting Service
44 Capitol Avenue
Hartford, CT  06106
(860) 549-1850

1 refresh your memory as to how many times you applied for
2 vocational rehab counselor position?
3   A.  Not that I recall at this time.
4   Q.  Did you keep any type of diary during this period
5 where you would record things?
6   A.  I don't recall at this time.
7   Q.  You don't recall.  All right.  Do you have a
8 diary that records incidents during this period?  Do you
9 have one of those in your possession?
10  A.  I don't recall.  No, I don't think I do.
11  Q.  You don't think you do.  All right.
12         MS. ENGSTROM:  I just wanted to mention, I
13 don't think you -- did you tell her that she can take a
14 break at any time?
15         MR. JORDANO:  Sure.
16         MS. ENGSTROM:  After you've answered the
17 question, you can take a break at any time.  Okay?
18  A.  Okay.
19         MS. ENGSTROM:  So if you feel you need one,
20 let us know.
21  A.  Thank you.
22         MR. JORDANO:  That's no problem.
23  A.  Can I ask a question?  How long do you think this
24 will go for?
25 BY MR. JORDANO:

Charette v. Jones

8/3/2006 Lisa Charette

Page 46

1   Q.  I don't know.  It depends on how much -- I mean,
2 I have to go through your complaint.  I don't know how
3 long we'll be here.
4   A.  Okay.  I have to leave at 5:00, just to let you
5 know.
6   Q.  All right.  Well, I did mention to Mr. Williams
7 that I didn't think we'd complete today, and I asked him
8 for some additional dates to come back and complete.  So
9 if we can do it by agreement, we can stop at 5:00 with
10 the agreement that we'll continue it to a different day
11 and finish up.
12          MS. ENGSTROM:  We'll figure it out later.
13 We're not going to figure out that day right now.
14          MR. JORDANO:  Not the date.  I just want to
15 be clear I won't be done by 5:00.  We started at 3:30,
16 and it's ten after 4:00 right now.
17          MS. ENGSTROM:  We understand.
18          MR. JORDANO:  Okay.  That's fine.  By
19 agreement we'll do that.  We'll continue it at 5:00.
20 MS. JORDANO:
21   Q.  All right.  Let's continue here.
22   A.  You mean complete it at 5:00?
23   Q.  We'll end it, and we'll finish it on a different
24 day.
25   A.  Okay.  You said "continue it at 5:00," so I just

Brandon Smith Reporting

1 case, because it wasn't a correct ruling. And that's

2 why we're pursuing this through this channel.

3     Q.  Did you appeal the decision of the hearing

4 officer from the CHRO?

5     A.  That's what I think this process is. Isn't it?

6     Q.  It's not for me to tell you what the law is. My

7 question is: Do you know if you appealed it?

8     A.  I believe what we're doing is an appeal process.

9     Q.  That's what you think this is?

10    A.  It's the next level as best I know it.

11        So I don't know what the next level is of CHRO,

12 other than the EEOC, which granted approval to sue.

13    Q.  When you went through your paralegal study

14 program, did they teach you about the Courts and the

15 different levels for appeals and how that worked?

16    A.  Yes. But not to do with internal processes of

17 DDS, no.

18    Q.  Well, the CHRO is not part of --

19    A.  Right.

20    Q.  -- DDS; right?

21        MS. ENGSTROM: I'm going to object as

22 argumentative.

23 MS. JORDANO:

24    Q.  All right. Well, do you know if the CHRO is part

25 of DDS?

Charette v. Jones

8/3/2006                                                            Lisa Charette

Page 88

1  A. It's a public agency.

2  Q. Public agency. All right.

3  A. And it's 5:00. I'm sorry.

4  Q. Well, I have it's about ten of 5:00. Do you feel
5  you need to stop early?

6           MR. NELSON: I have -- it's actually closer
7  to 5:00.

8           MR. JORDANO: Oh, that clock is a little
9  slow then?

10          MR. NELSON: Yes.

11          MR. JORDANO: Okay. If it is that close, we
12 can stop.

13          MS. ENGSTROM: Is this a good stopping
14 point?

15          MR. JORDANO: It's a good stopping point,
16 because I was going to go onto another paragraph.

17          We're going to continue this deposition, and
18 I will --

19          MS. ENGSTROM: We'll check with John and
20 see --

21          MR. JORDANO: I'll send him an e-mail with
22 some dates.

23          MS. ENGSTROM: Okay.

24          MR. JORDANO: The Court did tell us that we
25 need to get this done by the 18th. That may be

Charette v. Jones

8/3/2006 Lisa Charette

Page 89

1  ambitious, but we'll try to get that done.

2          MS. ENGSTROM:  Okay.

3          MR. JORDANO:  I'll see you the next time.

4  Thank you.

5

6

7

8          (The deposition adjourned

9          at approximately 4:58 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25