UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT DEPARTMENT OF SOCIAL SERVICES, ET AL. | | |
| *Defendants* | : | November 28, 2006 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
MODIFYING SCHEDULING ORDER**

COMES NOW the defendants, State of Connecticut Department of Social Services, Rudolph Jones, Ronald Georgetti, John Galiette, John Halliday and Brian Merbaum, through counsel and with concurrence of plaintiff's counsel, and requests an extension of time of three months, extending the discovery deadline to February 28, 2007 and the deadline for filing of dispositive motion to April 9, 2007. In support of their motion, the defendants, through counsel represent as follows:

1. The current discovery deadline is November 30, 2006 and the dispositive motion deadline is January 6, 2007 (Doc. # 96, August 21, 2006).

2. The defendants are filing this instant motion to preserve their right to depose the plaintiff and to file a dispositive motion, if necessary.

3. The Court issued an order of dismissal, dismissing the instant matter without prejudice on February 23, 2006 (Doc. # 78).

4. The plaintiff filed a Motion for Relief from Dismissal on June 5, 2006 (Doc. # 81) and the defendants filed their response on June 9, 2006 (Doc. # 82).

5. The Court reopened the instant matter on June 22, 2006 (Doc. # 83).

6. A telephonic status conference was held between the parties and the Court on June 30, 2006. The Court, as a result of the telephone conference, signed an Order on June 30, 2006 (Doc. # 86) stating that the plaintiff's deposition "shall be completed by August 18, 2006."

7. The defendants initiated the deposition of the plaintiff on August 3, 2006 with the parties full understanding that it would be continued. The plaintiff has refused to sit for a continuation of the deposition. The plaintiff's dilatory tactics in her refusal to attend a duly noticed deposition is subject of the Defendants' Motion to Compel/Motion for Sanctions filed October 19, 2006 (Doc. # 97). The motion is pending.

8. The defendants are prejudiced by plaintiff's refusal to attend a duly noticed deposition and to obey the Court's order dated June 30, 2006.

9. Pursuant to Local Rule 7(b), the undersigned contacted Katrena Engstrom, Esq., counsel for the plaintiff. Attorney Engstrom has authorized the undersigned to represent that she has NO OBJECTION to this motion.

10. This is the defendants' fourth motion to modify the Scheduling Order.

WHEREFORE, the defendants respectfully requests an extension of time of three months, extending the discovery deadline to February 28, 2007 and the deadline for filing of dispositive motion to April 9, 2007.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL


By:   /s/ Joseph A. Jordano_____
     Joseph A. Jordano
     Assistant Attorney General
     55 Elm Street, P.O. Box 120
     Hartford, CT  06141-0120
     Tel:  (860) 808-5340
     Fax: (860) 808-5383
     Email:
     Joseph.Jordano@po.state.ct.us
     Federal Bar # ct21487


## CERTIFICATION

I hereby certify that on November 28, 2006 a copy of the foregoing Motion for Extension of Time Modifying Scheduling Order was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

     /s/_ Joseph A. Jordano_____
     Joseph A. Jordano (# ct21487)
     Assistant Attorney General
     55 Elm Street, P.O. Box 120
     Hartford, CT  06141-0120
     Tel.: (860) 808-5340
     Fax: (860) 808-5383
     E-mail: Joseph.Jordano@po.state.ct.us