UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA CHARETTE, | : |
|     Plaintiff, | : |
| v. | :    3:01-cv-1927 (WWE) |
| STATE OF CONNECTICUT DEPARTMENT OF SOCIAL SERVICES, et al., | : |
|     Defendants. | : |

**ORDER AND SANCTIONS**

This matter came before the Court for a status conference on January 5, 2007 to discuss defendants' Motion to Compel and for Sanctions [Doc. #97]. Having reviewed the submitted information, the Court grants defendants' Motion to Compel and for Sanctions against plaintiff for her avoidance of the Court's Order of June 30, 2006 [Doc. #86].

After a status conference on June 30, 2006, the Court ordered that plaintiff appear for and submit to her deposition within 45 days. Due to plaintiff's lack of cooperation, this deposition has not yet taken place.

IT IS THEREFORE ORDERED that plaintiff will appear for two depositions to begin at 10:00 a.m. at the office of defense counsel within 30 days of this Order at a date to be noticed by defense counsel. Defense counsel shall be afforded 3.5 hours on each date, excluding breaks every two hours and a one hour lunch break, to conduct the depositions. Plaintiff's failure or refusal to attend these depositions without prior

approval of the Court shall result in the dismissal of her case, with prejudice.

FURTHERMORE, IT IS ORDERED that monetary sanctions against plaintiff are appropriate in this case. Plaintiff is hereby sanctioned in the amount of $1,100.00 for defendants' reasonable attorneys' fees associated with having to file the motion to compel and motion for a status conference to get this matter before the Court. The Court also awards defendants the amount of reasonable attorneys' fees relevant to the extra depositions necessitated by plaintiff. Defendants are instructed to file an additional bill of costs within ten days of this Order.

Dated this 9th day of January, 2007 at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton
Senior United States District Judge