UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LISA A. CHARETTE

VS.                                              :        NO.  3:01CV1927(WWE)

DEPT. OF SOCIAL SERVICES, ET AL. :        JANUARY 22, 2007

**MOTION TO VACATE ECONOMIC SANCTIONS**

    The plaintiff respectfully moves to rescind the January 9, 2007, court order imposing economic sanctions upon her for the reasons set forth in her affidavit attached hereto.

THE PLAINTIFF

BY              /s/
    JOHN R. WILLIAMS (ct00215)
    51 Elm Street
    New Haven, CT 06510
    (203) 562-9931
    Fax:  (203) 776-9494
    jrw@johnrwilliams.com
    Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/
                                   JOHN R. WILLIAMS