UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LISA A. CHARETTE

VS. : NO. 3:01CV1927(WWE)

DEPT. OF SOCIAL SERVICES, ET AL. : January 15, 2007

COUNTY OF _HARTford_ )
                                  ) ss:
TOWN OF BROAD BROOK )

### AFFIDAVIT OF LISA CHARETTE

LISA CHARETTE, having been duly sworn, hereby states:

1. I am above the age of eighteen and understand the purpose of an oath.

2. Pertaining to the unreasonable sanctions proposed by the Defendant on January 8, 2006, and subsequently granted by Judge Eginton on January 9, 2007, it is an undue hardship for me to pay the $1,100.00 'fine'. The Defendants' terminated my employment on or about July of 2001 while I was on a qualified (necessary hours approved via the U.S. Labor Department) federal FMLA leave of absence as a CSEA-P3B Union employee. I have been unemployed since. I am an individual with a permanent severe physical disability. My husband, Mark Charette, has

been out of work since March of 2006 because of a Worker's Compensation injury. He is status post major back surgery. He is still physically disabled from working via his surgeon since March 25, 2006. Mr. Jordano was fully aware of these circumstances at the August 3, 2006 deposition of which date was chosen by him and honored by myself to the best of my ability at the time. My husband just had his double lumbar disc fusions shortly before this date. It was a huge safety risk having my husband home unattended so soon post major surgery. But, I honored the deposition date chosen by Mr. Jordano in a sincere effort to cooperate with him and honor Judge Eginton's orders of having a deposition within 45 days of his June 30, 2006 orders to do so. It was anything but avoided your Honor. I did the best I could under the circumstances. Unfortunately, my husband's employer via its voluntarily chosen Worker's Compensation carriers have been less than reasonable and very cruel with not paying accurate and timely benefits to him. In fact, disgracefully, the Worker's Compensation carriers have yet to accept this claim almost a year post his injury. Mr. Jordano's motives are beyond reproachable and subhuman. Please read Linda Spiegel's federal deposition.

*Lisa A. Charette* (signature)
LISA A. CHARETTE

Subscribed and sworn to me this _16_ day of January, 2007.

*Venece M Kaplan* (signature)
NOTARY PUBLIC
My Commission Expires 9-30-2010