UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | | |
| DEPARTMENT OF SOCIAL SERVICES, | | |
| ET AL. | | |
| *Defendants* | : | January 23, 2007 |

**DEFENDANTS' RESPONSE TO MOTION TO VACATE**

COMES NOW the defendants, State of Connecticut Department of Social Services, Rudolph Jones, Ronald Georgetti, John Galiette, John Halliday and Brian Merbaum, through counsel and respond to plaintiff's Motion to Vacate Economic Sanctions dated January 22, 2007 (Doc. # 109).

The defendants are quite befuddled by the plaintiff's affidavit. Like many instances through the years, the plaintiff takes no responsibility for her actions. She blames everything that has happened on everyone else, including the undersigned. The plaintiff has done nothing but thrown roadblocks and obstructed the progress of the instant matter at every opportunity. It was the plaintiff who unilaterally set conditions before she said she would be deposed. It was the plaintiff who unilaterally said she would only sit for 1.5 hours for a deposition. It was the plaintiff who at the 11th hour informed her counsel that she would not appear for a deposition, putting her own counsel in a precarious situation with the court, particularly after the Court ordered the deposition to be held by a date certain. The plaintiff's affidavit in support of the motion to vacate the sanctions is somewhat whimsical in that appears she wants to argue the merits of something pertaining to her husband. The sanction which the Court imposed is not a

"fine." Rather, it is a sanction for plaintiff's consistent and uninterrupted dilatory tactics which have obstructed the process and it is more than justified. The plaintiff should have thought of that when she obstructed the process and attempted to dictate to the Court on how the matter was going to proceed.

As a footnote, the plaintiff nowhere in the affidavit makes the representation that she does not have the funds to pay her attorney to continue to represent her; and nowhere does it appear that plaintiff's counsel is proceeding pro bono.

The plaintiff has no one to blame but herself for the Court's justifiable imposition of a $1,100 sanction. This is one Court order that the plaintiff must adhere to and pay in full.

For all the foregoing reasons, the defendants respectfully object to plaintiff's Motion to Vacate Economic Sanctions and that the Court follow its January 9, 2007 order (Doc. # 107).

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By:  /s/ Joseph A. Jordano
     Joseph A. Jordano
     Assistant Attorney General
     55 Elm Street, P.O. Box 120
     Hartford, CT  06141-0120
     Tel:  (860) 808-5340
     Fax: (860) 808-5383
     Email:
     Joseph.Jordano@po.state.ct.us
     Federal Bar # ct21487

## **CERTIFICATION**

I hereby certify that on January 23, 2007 a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/_Joseph A. Jordano_____
Joseph A. Jordano (# ct21487)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us