UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LISA A. CHARETTE

VS.                                :        NO.  3:01CV1927(WWE)

DEPT. OF SOCIAL SERVICES, ET AL. :        JANUARY 24, 2007

**REPLY TO MEMORANDUM IN OPPOSITION TO MOTION TO VACATE**

    In their memorandum in opposition to the plaintiff's motion to vacate, the defendants imply that the plaintiff is paying some sort of hourly fee, on an ongoing basis, to her undersigned counsel. That suggestion is utterly false. The undersigned is representing the plaintiff on a contingency fee basis.

    THE PLAINTIFF

    BY_____/s/_____
        JOHN R. WILLIAMS (ct00215)
        51 Elm Street
        New Haven, CT 06510
        (203) 562-9931
        Fax:  (203) 776-9494
        jrw@johnrwilliams.com
        Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                          /s/
                                                      JOHN R. WILLIAMS