UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | | |
| DEPARTMENT OF SOCIAL SERVICES, | | |
| ET AL. | | |
| *Defendants* | : | March 12, 2007 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
MODIFYING THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

COMES NOW the defendants, State of Connecticut Department of Social Services, Rudolph Jones, Ronald Georgetti, John Galiette, John Halliday and Brian Merbaum, through counsel, and requests an extension of time of three months, extending the discovery deadline, nunc pro tunc, to May 30, 2007 and the deadline for filing of dispositive motion to July 9, 2007. In support of their motion, the defendants, through counsel represent as follows:

1. The current discovery deadline was February 28, 2007 and the deadline for filing of dispositive motion is April 9, 2007 (Doc. # 101, November 30, 2006).

2. The defendants are cognizant of a notation made by the Court on November 30, 2006 in granting defendants' motion for extension of time which stated, "This is the final extension of time that shall be granted." The defendants, through counsel, request the indulgence of the Court inasmuch as this motion is reluctantly requested but necessary due to circumstances beyond their control.

3. The defendants, following the Court's granting of the extension of time, attempted to notice the deposition of the plaintiff, Lisa Charette, in order to move the matter along. The plaintiff continued her dilatory tactics, including but not limited to unilaterally

setting prerequisites and time limitations regarding her deposition. The result was the defendants having to file a Motion for Status Conference regarding the plaintiff's failure to appear for deposition December 15, 2006 (Doc. # 102). This motion followed the defendants having filed a Motion to Compel and Motion for Sanctions for plaintiff's failure to appear for a properly noticed deposition on October 19, 2006 (Doc. # 97).

4. A status conference was held between the parties and the Court (Eginton, J) on January 5, 2007 (Doc. # 105). The Court on January 10, 2007 (Doc. # 110) issued an order granting defendants' motion to compel plaintiff's deposition and sanctioned the plaintiff in the amount of $1,100.00[1] for her dilatory tactics.

5. The plaintiff's deposition was scheduled in two, 3.5-hour segments pursuant to the Court's order of January 10, 2007. The plaintiff's deposition was begun on January 29, 2007 but has not been completed due to several factors, including unavailability of counsel due to scheduling conflicts. Further, plaintiff's counsel has failed to produce the medical records of the plaintiff which are in the possession of her primary medical treater, Linda Spiegel, despite repeated requests for the documents.

6. The continuation of the plaintiff's deposition is currently scheduled for March 26, 2007. However, the deposition may need to be continued if the medical records from Ms. Spiegel are not produced[2] in a timely manner.

7. The plaintiff continued her dilatory tactics, refusing to answer direct questions which resulted in the undersigned requesting court intervention following the deposition of

---

[1] The plaintiff moved to vacate the sanction on January 22, 2007 (Doc. # 109). The Court denied the motion to vacate the sanction on February 22, 2007 (Doc. # 112). Plaintiff attempted to make a $5 payment on March 6, 2007. The check was returned to the plaintiff inasmuch as it was made to counsel, and no payment plan had been discussed at all prior to the check being submitted. A copy of the letter returning the check was mailed to this Court.

[2] The medical records requested have not been produced as of this filing.

2

January 29, 2007. The undersigned hopes intervention of the Court will not be required in the future but cannot predict based upon past experience with the plaintiff.

8. Pursuant to Local Rule 7(b), the undersigned caused plaintiff's counsel, Katrena Engstrom to be contacted by e-mail on Tuesday, March 6, 2007. The undersigned has received no response as of this filing and therefore could not ascertain plaintiff counsel's position on this motion.

9. As noted, supra, the undersigned is cognizant of the Court's notation of November 30, 2006 but requests the indulgence of the Court based upon its knowledge of the undersigned's difficulty in completing discovery based upon the plaintiff's delaying actions which have disrupted this matter throughout its lengthy history.

10. This is the defendants' fifth motion to modify the discovery and dispositive motion deadlines.

WHEREFORE, the defendants respectfully requests an extension of time of three months, extending the discovery deadline to May 30, 2007 and the deadline for filing of dispositive motion to July 9, 2007.

        DEFENDANTS

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

By:  */s/ Joseph A. Jordano*_____
     Joseph A. Jordano
     Assistant Attorney General
     55 Elm Street, P.O. Box 120
     Hartford, CT  06141-0120
     Tel:  (860) 808-5340
     Fax: (860) 808-5383
     Email:
     Joseph.Jordano@po.state.ct.us
     Federal Bar # ct21487

## **CERTIFICATION**

     I hereby certify that on March 12, 2007 a copy of the foregoing Motion for Extension of Time Modifying the Discovery and Dispositive Motion Deadlines was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

     /s/_Joseph A. Jordano_____
     Joseph A. Jordano (# ct21487)
     Assistant Attorney General
     55 Elm Street, P.O. Box 120
     Hartford, CT  06141-0120
     Tel.: (860) 808-5340
     Fax: (860) 808-5383
     E-mail: Joseph.Jordano@po.state.ct.us