UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LISA A. CHARETTE

VS.  :  NO. 3:01CV1927(WWE)

DEPT. OF SOCIAL SERVICES, ET AL. :   MARCH 18, 2007

### PLAINTIFF'S MOTION TO LIMIT DEPOSITION SESSIONS TO TWO (2) HOURS PER SESSION

Plaintiff, LISA CHARETTE, respectfully requests that her deposition sessions be limited to two (2) hours per session, based upon an updated medical report from her physician, Dr. Thomas Munger.

A copy of his letter to counsel is attached.

THE PLAINTIFF

BY: _____
KATRENA ENGSTROM (ct09444)
John R. Williams and Associates, LLC
51 Elm Street
New Haven, CT 06510
9203) 562-9931
Fax: (203)776-9494
E-Mail: kengstrom@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was sent by facsimile and mail, first class, to Joseph A. Jordano, Assistant Attorney General, P. O. Box 120, Hartford, CT 06141-0120.

KATRENA ENGSTROM



# University of Connecticut Health Center
## UConn Medical Group
### Internal Medicine Associates

John R. Williams, Esq.
51 Elm Street
Suite 409
New Haven, CT 06510
Via facsimile: (203) 776-9494

February 27, 2007

**RE: Deposition of Lisa Charette**

Dear Attorney Williams:

Ms. Charette has asked me to write an update on her medical status. As I have written in prior letters Ms. Charette has a permanent and severe physical disability with respect to her chronic bowel disorder and abdominal pain. Normally, to minimize her abdominal pain and bowel motility disorder, Ms. Charette restricts her dietary intake of solid foods. Her diet becomes predominantly fluids. Given all of her present medical conditions, her personal comfort is severely compromised and her chronic disability is worsened during these times of fasting and stress. Her deposition times should be limited to 2 hours to minimize her pain and bowel motility issues.

Deposition via telephone may be a more reasonable solution to allow Ms. Charette the ability to maintain a reasonable degree of physical and emotional comfort and thus safety.

Sincerely,

Thomas M. Manger, M.D., Ph.D
Assistant Professor of Medicine

cc: Kathleen Eldergill
Lisa Charette

*An Equal Opportunity Employer*
263 Farmington Avenue
Dowling South Suite C-200
Farmington, Connecticut 06030-6220
Telephone: (860) 679-4477
Facsimile: (860) 679-4474