FILED

2007 MAR 21 P 12:02

UNITED STATES DISTRICT COURT DISTRICT COURT

DISTRICT OF CONNECTICUT

LISA A. CHARETTE

VS.                             :        NO. 3:01CV1927(WWE)

DEPT. OF SOCIAL SERVICES, ET AL. :       MARCH 20, 2007

### PLAINTIFF'S MOTION FOR PROTECTIVE ORDER
### RE: VIDEOTAPE DISTRIBUTION

Plaintiff, LISA CHARETTE, respectfully requests that defendant's counsel be ordered to maintain custody of the videotape deposition of the plaintiff in his office and limit witness viewing of the videotape (dvd or casette) to the Attorney General's office building at 55 Elm St. Ms. Charette is concerned that if a witness is permitted to remove the videotape to another location that it could be mis-handled or used for purposes not related to the instant case.

Plaintiff's counsel discussed Ms. Charette's concerns with defense counsel at the last session of her deposition on February and it was plaintiff's understanding that defense counsel had agreed to execute a confidentiality agreement relating to this issue. Plaintiff's counsel sent a proposed agreement to defense counsel, who has not responded for the past several weeks on this issue. (Ex. A attached)

For the reasons set forth above, plaintiff's counsel respectfully requests a

protective order which limits the distribution of the plaintiff's deposition videotape.

THE PLAINTIFF

BY: /s/ Katrena Engstrom
KATRENA ENGSTROM (ct09444)
John R. Williams and Associates, LLC
51 Elm Street
New Haven, CT 06510
9203) 562-9931
Fax: (203)776-9494
E-Mail: kengstrom@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was sent by electronic mail and mail, postage first class, to Joseph A. Jordano, Assistant Attorney General, P. O. Box 120, Hartford, CT 06141-0120.

/s/ Katrena Engstrom
KATRENA ENGSTROM