## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT DEPARTMENT OF SOCIAL SERVICES, ET AL. | | |
| *Defendants* | : | March 26, 2007 |

## UNOPPOSED MOTION FOR STATUS CONFERENCE

COMES NOW the defendants, State of Connecticut Department of Social Services, Rudolph Jones, Ronald Georgetti, John Galiette, John Halliday and Brian Merbaum, through counsel and respectfully request a Status Conference be scheduled regarding the above-captioned matter. There are several outstanding motions and issues that need to be addressed, including but not limited to: Plaintiff's pending motion for a protective order regarding videotape distribution; plaintiff's motion for continuation of her deposition to a limit of two-hour sessions; issues regarding the continuation of the deposition; and the plaintiff's failure to comply with the Court order of January 10, 2007 regarding payment of a sanction of $1,100.00 to the State of Connecticut, Attorney General's Office, as ordered.

The undersigned represents that he has contacted plaintiff's counsel regarding this motion and they are unopposed. The undersigned respectfully requests that the status conference be held on the record.

WHEREFORE, the defendants respectfully request that the Court schedule a Status Conference regarding the instant matter.

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By:   */s/ Joseph A. Jordano*
      Joseph A. Jordano
      Assistant Attorney General
      55 Elm Street, P.O. Box 120
      Hartford, CT  06141-0120
      Tel:  (860) 808-5340
      Fax: (860) 808-5383
      Email:
       Joseph.Jordano@po.state.ct.us
      Federal Bar # ct21487

## **CERTIFICATION**

   I hereby certify that on March 26, 2007  a copy of the foregoing Motion for Status Conference was filed electronically.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                          /s/_Joseph A. Jordano
                                          Joseph A. Jordano (# ct21487)
                                          Assistant Attorney General
                                          55 Elm Street, P.O. Box 120
                                          Hartford, CT  06141-0120
                                          Tel.: (860) 808-5340
                                          Fax: (860) 808-5383
                                          E-mail: Joseph.Jordano@po.state.ct.us

2