UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA CHARETTE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     3:01-cv-1927 (WWE) |
| | : |
| | : |
| STATE OF CONNECTICUT | : |
| DEPARTMENT OF SOCIAL | : |
| SERVICES, et al., | : |
| | : |
| Defendants. | : |

**ORDER AND SANCTIONS**

    This matter originally came before the Court for a status conference on January 5, 2007 to discuss defendants' Motion to Compel and for Sanctions [Doc. #97]. The Court subsequently ordered plaintiff to appear for and submit to her deposition within 30 days of the Order. The Court specified that defense counsel was entitled to two sessions of 3.5 hours each, excluding breaks every two hours and a one hour lunch break, to conduct the depositions. The Court informed plaintiff that her failure or refusal to attend these depositions without prior approval of the Court was to result in the dismissal of her case, with prejudice. Due to plaintiff's lack of cooperation, the deposition has not yet been completed.

    Consistent with the Court's order of January 9, 2007,

    IT IS THEREFORE ORDERED that this matter is dismissed with prejudice.

    FURTHERMORE, the Court reiterates that monetary sanctions against plaintiff

are appropriate in this case. In its previous Order, the Court sanctioned plaintiff in the amount of $1,100 for defendants' reasonable attorneys' fees associated with having to file its Motion to Compel and Motion for a Status Conference to get this matter before the Court. Defendants have now incurred additional fees by virtue of filing their responses to plaintiff's Motion to Limit the Deposition Sessions [Doc. #115 ], Motion for a Protective Order Regarding the Videotape Distribution [Doc. #116] and their own Motion for a Status Conference on the Record [Doc. # 119]. The Court adheres to its earlier order and upholds its order of sanctions. The $1,100 is to be paid in one payment or pursuant to a payment plan agreed to by defendants. Defendants are instructed to file an additional bill of costs within ten days of this Order. The sanctions are to be paid in their entirety within 45 days thereafter.

    Dated this 29th day of March, 2007 at Bridgeport, Connecticut.

                                            _____/s/_____
                                            Warren W. Eginton
                                            Senior United States District Judge