UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LISA CHARETTE | : | CIVIL NO. 3:01CV1927(WWE) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT DEPARTMENT OF SOCIAL SERVICES, ET AL. | | |
| *Defendants* | : | March 30, 2007 |

## BILL OF COSTS AND
## REQUEST FOR ATTORNEY'S FEES

Pursuant to the Court's Order of March 29, 2007 (Doc. # 120) the defendants submit the following Bill of Costs regarding the filing of their responses to plaintiff's Motion to Limit the Deposition Sessions, Motion for a Protective Order Regarding the Videotape Distribution and Motion for Status Conference on the Record as follows:

**Attorney's Fees @ $300.00/hour**

Review Plaintiff's motions; Review, proof
and revise Response to Plaintiff's
Motion for Protective Order Re: Videotape
Distribution; Review and revise Response to
Plaintiff's Motion to Limit Deposition Sessions
to Two Hours Per Session, review excerpts
from plaintiff's deposition selected to be submitted
to the Court and decide final pages to be submitted;
and review and revise Motion for Status
Conference on the Record (1.5 hours)          $450.00

**Paralegal's Fees @ $ 100.00/hour**

Review material submitted by plaintiff regarding
Motion to Limit Deposition Sessions to Two Hours,
and Motion for Protective Order re: Videotape
Distribution.  Prepare initial draft of
Response to Plaintiff's Motion to Limit
Deposition Sessions to Two Hours Per
Session and Response to Plaintiff's Motion

for Protective Order Re: Videotape Distribution.
Review of plaintiff's deposition for selection
of excerpts to be attached to Response to Motion
to Limit Deposition Sessions to Two Hours. Review
docket/file history for past motions. Copying
and compiling pages to be submitted; and prepare
initial draft of motion for status conference on
the record. (2.5 hours)                           $250.00


**TOTAL**     **$   700.00**


DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL


By     /s/__Joseph A. Jordano_____
       Joseph A. Jordano
       Assistant Attorney General
       55 Elm Street, P.O. Box 120
       Hartford, CT  06141-0120
       Tel:  (860) 808-5340
       Fax: (860) 808-5383
       Email:  Joseph.Jordano@po.state.ct.us
       Federal Bar No. ct21487

3

## **CERTIFICATION**

I hereby certify that on March 30, 2007 a copy of the foregoing Bill of Costs was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    _/s/ Joseph A. Jordano_____
Joseph A. Jordano (# ct21487)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Joseph.Jordano@po.state.ct.us