UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA CHARETTE, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | 3:01-cv-1927(WWE) |
| : | |
| : | |
| STATE OF CONNECTICUT : | |
| DEPARTMENT OF SOCIAL SERVICES, et al.,: | |
| : | |
| Defendants. : | |

**ORDER**

The Court, having reviewed defendants' Bill of Costs and Request for Attorneys' Fees submitted on March 30, 2007 pursuant to the Court's Order of March 29, 2007, hereby approves the following:

    Attorneys' fees @ $300/hour    1.5 hours = $450

    Paralegal's Fees @ $100/hour    2.5 hours = $250

    <u>TOTAL:</u>    $700

Accordingly, plaintiff is ordered to make payment to defendants in the amount of $700 by May 25, 2007. Failure to make such timely payment shall result in the imposition of further sanctions.

    DATED this 25th of April, 2007 at Bridgeport, Connecticut.

                                                  _____/s/_____
                                                Warren W. Eginton
                                                Senior United States District Judge