UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LISA A. CHARETTE

VS.                                         :        NO.  3:01CV1927(WWE)

DEPT. OF SOCIAL SERVICES, ET AL.  :        APRIL 26, 2007

**MOTION TO VACATE ORDER OF DISMISSAL**

    The plaintiff respectfully moves to vacate the order of dismissal in this matter for the reason that she has paid in full all the fines and costs taxed against her by this court and remains, as she always has been, prepared to submit to a deposition by the defense.

    THE PLAINTIFF

    BY_____/s/_____
    JOHN R. WILLIAMS (ct00215)
    51 Elm Street
    New Haven, CT 06510
    (203) 562-9931
    Fax:  (203) 776-9494
    jrw@johnrwilliams.com
    Her Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                            /s/
                              JOHN R. WILLIAMS