UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LISA A. CHARETTE

VS.                              :         NO. 3:01CV1927(WWE)

DEPT. OF SOCIAL SERVICES, ET AL  :         April 27, 2007

## NOTICE OF APPEAL

I am appealing the dismissal notice (document #120) filed on March 29, 2007.

The Plaintiff

*Lisa A. Charette*
Lisa A. Charette
15 Simone Drive
Broad Brook, CT 06016
(860) 558-4247

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LISA CHARETTE,

    Plaintiff,

v.                                                              3:01-cv-1927 (WWE)

STATE OF CONNECTICUT
DEPARTMENT OF SOCIAL
SERVICES, et al.,

    Defendants.

### ORDER AND SANCTIONS

This matter originally came before the Court for a status conference on January 5, 2007 to discuss defendants' Motion to Compel and for Sanctions [Doc. #97]. The Court subsequently ordered plaintiff to appear for and submit to her deposition within 30 days of the Order. The Court specified that defense counsel was entitled to two sessions of 3.5 hours each, excluding breaks every two hours and a one hour lunch break, to conduct the depositions. The Court informed plaintiff that her failure or refusal to attend these depositions without prior approval of the Court was to result in the dismissal of her case, with prejudice. Due to plaintiff's lack of cooperation, the deposition has not yet been completed.

Consistent with the Court's order of January 9, 2007.

IT IS THEREFORE ORDERED that this matter is dismissed with prejudice.

FURTHERMORE, the Court reiterates that monetary sanctions against plaintiff

1

are appropriate in this case. In its previous Order, the Court sanctioned plaintiff in the amount of $1,100 for defendants' reasonable attorneys' fees associated with having to file its Motion to Compel and Motion for a Status Conference to get this matter before the Court. Defendants have now incurred additional fees by virtue of filing their responses to plaintiff's Motion to Limit the Deposition Sessions [Doc. #115], Motion for a Protective Order Regarding the Videotape Distribution [Doc. #116] and their own Motion for a Status Conference on the Record [Doc. # 119]. The Court adheres to its earlier order and upholds its order of sanctions. The $1,100 is to be paid in one payment or pursuant to a payment plan agreed to by defendants. Defendants are instructed to file an additional bill of costs within ten days of this Order. The sanctions are to be paid in their entirety within 45 days thereafter.

Dated this 29th day of March, 2007 at Bridgeport, Connecticut.

/s/
Warren W. Eginton
Senior United States District Judge

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LISA CHARETTE<br>*Plaintiff* | : CIVIL NO. 3:01CV1927(WWE)<br>:<br>: |
| v. | :<br>: |
| STATE OF CONNECTICUT<br>DEPARTMENT OF SOCIAL SERVICES,<br>ET AL.<br>*Defendants* | :<br>:<br>:<br>: March 30, 2007 |

### BILL OF COSTS AND
### REQUEST FOR ATTORNEY'S FEES

Pursuant to the Court's Order of March 29, 2007 (Doc. # 120) the defendants submit the following Bill of Costs regarding the filing of their responses to plaintiff's Motion to Limit the Deposition Sessions, Motion for a Protective Order Regarding the Videotape Distribution and Motion for Status Conference on the Record as follows:

**Attorney's Fees @ $300.00/hour**

Review Plaintiff's motions; Review, proof
and revise Response to Plaintiff's
Motion for Protective Order Re: Videotape
Distribution; Review and revise Response to
Plaintiff's Motion to Limit Deposition Sessions
to Two Hours Per Session, review excerpts
from plaintiff's deposition selected to be submitted
to the Court and decide final pages to be submitted;
and review and revise Motion for Status
Conference on the Record (1.5 hours)                $450.00

**Paralegal's Fees @ $ 100.00/hour**

Review material submitted by plaintiff regarding
Motion to Limit Deposition Sessions to Two Hours,
and Motion for Protective Order re: Videotape
Distribution. Prepare initial draft of
Response to Plaintiff's Motion to Limit
Deposition Sessions to Two Hours Per
Session and Response to Plaintiff's Motion

|  |  |
|---|---|
| for Protective Order Re: Videotape Distribution. Review of plaintiff's deposition for selection of excerpts to be attached to Response to Motion to Limit Deposition Sessions to Two Hours. Review docket/file history for past motions. Copying and compiling pages to be submitted; and prepare initial draft of motion for status conference on the record. (2.5 hours) | $250.00 |
| **TOTAL** | **$ 700.00** |

DEFENDANTS

RICHARD BLUMENTHAL
ATTORNEY GENERAL

By    /s/   Joseph A. Jordano
      Joseph A. Jordano
      Assistant Attorney General
      55 Elm Street, P.O. Box 120
      Hartford, CT 06141-0120
      Tel: (860) 808-5340
      Fax: (860) 808-5383
      Email: Joseph.Jordano@po.state.ct.us
      Federal Bar No. ct21487

## CERTIFICATION

I hereby certify that on March 30, 2007 a copy of the foregoing Bill of Costs was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> /s/ Joseph A. Jordano
> Joseph A. Jordano (# ct21487)
> Assistant Attorney General
> 55 Elm Street, P.O. Box 120
> Hartford, CT 06141-0120
> Tel.: (860) 808-5340
> Fax: (860) 808-5383
> E-mail: Joseph.Jordano@po.state.ct.us

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LISA A. CHARETTE

VS.                                            :        NO.  3:01CV1927(WWE)

DEPT. OF SOCIAL SERVICES, ET AL. :        APRIL 26, 2007

**MOTION TO VACATE ORDER OF DISMISSAL**

The plaintiff respectfully moves to vacate the order of dismissal in this matter for the reason that she has paid in full all the fines and costs taxed against her by this court and remains, as she always has been, prepared to submit to a deposition by the defense.

THE PLAINTIFF

BY_____/s/_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
Fax: (203) 776-9494
jrw@johnrwilliams.com
Her Attorney

## CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
JOHN R. WILLIAMS