**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

FILED
2007 JUN 11  P 12: 46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

ELSA TATA
CHIEF DEPUTY CLERK
CHRYSTINE CORY
DEPUTY

May 30, 2007

Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY   10007

    Case No:   3:01cv1927(WWE)
  Case Name:  Lisa A. Charette vs Dept of Social Services, et al
     USCA:   07-1814-cv

Dear Clerk:

Forwarded herewith is the Record on Appeal in the above-entitled case, together with a copy of the Notice of Electronic Filing indicating the documents that are enclosed.

Respectfully,

Kevin F. Rowe, Clerk

_Susan D'Andrea_
By:   Susan D'Andrea
      Deputy Clerk

Encl.

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGMENT: _EQL_      DATE: _6/4/07_