**MANDATE**

FILED

2007 SEP -4 P 4: 18

U.S. DISTRICT COURT
NEW HAVEN, CT

CTDC/NHCT
01-cv-1927
EGINTON

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT



| | | |
|---|---|---|
| LISA A. CHARETTE | | |
| VS. | : | NO. 06-1332-cv |
| DEPT. OF SOCIAL SERVICES, ET AL. | : | MAY 11, 2006 |

### STIPULATION WITHDRAWING APPEAL

Whereas the District Court, on February 23, 2006, entered an Order of Dismissal in Docket No. 3:01CV-01927 stating: "It is hereby ordered that the above captioned case be dismissed without prejudice to be reopened."; and

Whereas no separate document Judgment has ever been entered by the District Court Clerk; and

Whereas the Second Circuit adheres strictly to the "separate document" requirement of FRCP 58, *see, Kanamatsu-Gosha v. M/T Messiniaki Aigli*, 805 F.2d 47, 49 (2nd Cir. 1986); *USA,FMC v. Interlink*, 984 F.2d 79, 81-82 (2nd Cir. 1993); *Cooper v. Town of East Hampton*, 83 F.3d 31, 34 (2nd Cir. 1996); *Selietti v. Carey*, 173 F.3d 104 (2nd Cir. 1999); and

Whereas 150 days have not yet run from entry of the Order on the docket, see FRCP 58(b)(2)(B); and

CERTIFIED: 8.24.07

Whereas the parties contemplate making a timely motion (no later than 10 days after entry of judgment) seeking relief from the Order of Dismissal;

WHEREFORE,

IT IS HEREBY STIPULATED AND AGREED by the parties through their undersigned counsel that the above premature appeal filed before entry of judgment is withdrawn, without costs and without attorneys' fees for the time spent on this appeal, so that the district court proceeding can be reopened and the case moved forward. Plaintiff retains the right to file a new notice of appeal upon entry of a final judgment herein, and to challenge a district court dismissal for lack of prosecution.

_____
JOHN R. WILLIAMS
Attorney for Appellant

_____
JOSEPH A. JORDANO
Attorney for Appellee

SO ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

May 31, 2006

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK